No. 804.  Valentine, Police Commissioner, et al., v. United States ex rel. B. Coles Neidecker;
No. 805.  Same v. United States ex rel. George W. Neidecker; and
No. 806.  Same v. United States ex rel. Aubrey Neidecker.  April 13, 1936.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second

648

Circuit granted.  *Mr. Porter R. Chandler* for petitioners.
*Messrs. Frederic R. Coudert* and *Frederic R. Coudert,
Jr.,* for respondents.